IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RISING MICRO, LLC  :
    Plaintiff,  :
  :
v.  :
  :    Civil Action No.:
EXXON MOBIL OIL CORPORATION  :
  :
    Defendant.

**PLAINTIFF'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for plaintiff Rising Micro, LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Rising Micro, LLC which have outstanding securities in the hands of the public.

    These representations are made in order that judges of this court may determine need for recusal.

Respectfully Submitted,

_____
Harry C. Storm #332981
LERCH, EARLY & BREWER, CHARTERED
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
301-908-2817