IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RISING MICRO, LLC** | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No.:** |
| **EXXON MOBIL CORPORATION** | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH LOCAL RULE 65.1 CERTIFICATION**

Pursuant to the Petroleum Marketing Practices Act, 15 U.S.C. § 2805(b) ("PMPA"), plaintiff Rising Micro, LLC, moves for a temporary restraining order and preliminary injunction to enjoin the termination of its petroleum marketing franchise with defendant Exxon Mobil Corporation, at the retail "Exxon" gasoline station at 950 South Capitol Street, SE, Washington, D.C.

Plaintiff faces the immediate and irreparable loss of the valuable franchise and business it has operated for over 5 years if the threatened termination is not enjoined pending a trial on the merits. Under the relaxed PMPA standard for the issuance of preliminary injunctive relief, this case presents sufficiently serious questions going to the merits to make such questions a fair ground for litigation. Moreover, the hardships which would be imposed upon defendant by the issuance of the injunction (if any) pale in comparison to the hardships which will be imposed upon plaintiff if the requested injunctive relief is not granted.

WHEREFORE, as more fully explained in the accompanying Memorandum and exhibits, which are incorporated here by reference, the requested injunctive relief should be granted.

### REQUEST FOR HEARING

Plaintiff requests a hearing on this Motion.

Respectfully Submitted,

LERCH, EARLY & BREWER, CHARTERED

_____
Harry C. Storm, No. 332981
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
301-986-1300 (Telephone)
301-347-1520 (Fax)

### CERTIFICATE OF COUNSEL UNDER LOCAL RULE 65.1(A)

I hereby certify that actual notice of the time of making the application, and copies of all pleadings and papers to be presented to the Court, have been furnished to the adverse party, by facsimile to Edward H. Beck, Esq., ExxonMobil Corporation, 3225 Gallows Road, Room 3D0204, Vienna, VA 22037 (703) 846-5877.

_____
Harry C. Storm

579416v1