IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISING MICRO, LLC** : | |
| Plaintiff, : | |
| v. : | |
| : | **Civil Action No.:** |
| **EXXONMOBIL OILCORPORATION** : | |
| Defendant. : | |

### TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Upon consideration of the Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction, and the Defendant having been notified of the Plaintiff's application, and it appearing that immediate and irreparable injury will result to Plaintiff through the loss of a valuable petroleum marketing franchise and business, and the Defendant having appeared at the hearing on the motion, and the Court being satisfied that the Plaintiff's franchise has been terminated, that there exist sufficiently serious questions going to the merits to make the issues a fair ground for litigation under the Petroleum Marketing Practices Act, 15 U.S.C. §2801, *et seq.*, and it appearing further that the balance of hardships clearly favors the Plaintiff, it is this ___ day of _____, 2006

ORDERED, that the defendant is enjoined from taking any action to terminate the plaintiff's franchise pending a full hearing on the merits; and it is further

ORDERED, that the parties' 2004 Franchise Agreement shall remain in place until further order of this Court; and it is further

ORDERED, that given the nature of the relationship and the absence of hardship to the Defendant and the parties' continued relationship no bond is required.

_____
United States District Judge