IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISING MICRO, LLC** <br><br> Plaintiff, <br><br> v. <br><br> **EXXON MOBIL CORPORATION** <br><br> Defendant. | Civil Action No. 1:06-cv-00572-GK |

## NOTICE OF APPEARANCE

Notice is hereby given that Brian A. Howie, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C., 2004, is appearing as counsel on behalf of defendant Exxon Mobil Corporation.

Mr. Howie is a member in good standing of the bar of the United States District Court for the District of Columbia.

Dated:  April 5, 2006                          Respectfully submitted,

                                        s/Brian A. Howie
                                        _____
                                        Brian A. Howie
                                        Bar No.: 459329
                                        HOWREY LLP
                                        1299 Pennsylvania Ave., N.W.
                                        Washington, D.C.  20004
                                        Telephone:  (202) 783-0800
                                        Facsimile:  (202) 383-6610

                                        **Attorney for Defendant Exxon Mobil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Harry C. Storm
>Lerch, Early & Brewer, Chartered
>3 Bethesda Metro Center, Suite 460
>Bethesda, MD  20814

>                    s/Brian A. Howie
>              BRIAN A. HOWIE