IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISING MICRO, LLC | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:06-cv-00572-GK <br> ) |
| EXXON MOBIL CORPORATION | ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT MOTION TO SET HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Rising Micro, LLC ("Plaintiff") and Defendant Exxon Mobil Corporation ("Exxon") (together "the parties") hereby jointly move this Court for an Order setting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 3) for hearing. The parties propose the following dates for the hearing:

        Thursday, April 20, 2006

        Friday, April 21, 2006

        Tuesday, April 25, 2006

The parties request that two (2) hours be set aside for the hearing of the motion.

The parties also agree that Exxon's opposition to plaintiff's motion will be filed and served four (4) days prior to the scheduled hearing date.

WHEREFORE the parties respectfully request that the Court enter an Order setting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction for hearing on one of the aforementioned dates. A proposed form of Order is attached.

Dated: April 6, 2006                                    Respectfully submitted,


_s/Harry C. Storm_____                          _s/Brian A. Howie_____
Harry C. Storm                                          Brian A. Howie
Bar No.: 332981                                         Bar No.: 459329
Lerch, Early & Brewer, Chartered                        HOWREY LLP
3 Bethesda Metro Center                                 1299 Pennsylvania Ave., N.W.
Suite 460                                               Washington, D.C. 20004
Bethesda, MD 20814                                      Telephone: (202) 783-0800
                                                        Facsimile: (202) 383-6610
**Attorney for Plaintiff Rising Micro, LLC**

                                                        **Attorney for Defendant Exxon Mobil Corporation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISING MICRO, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXON MOBIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-00572-GK<br>[Proposed] ORDER |

ORDER ON JOINT MOTION TO SET HEARING ON
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Rising Micro, LLC's and Defendant Exxon Mobil Corporation's Joint Motion to Set Hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Court hereby GRANTS the motion. The hearing on Plaintiff's motion will be on _____ at _____. Two (2) hours are reserved for the hearing.

Defendant Exxon Mobil Corporation shall file and serve its opposition to plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction at least four (4) days prior to the date of the hearing.

_____
Hon. Gladys Kessler
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Harry C. Storm
    Lerch, Early & Brewer, Chartered
    3 Bethesda Metro Center, Suite 460
    Bethesda, MD  20814

                                    s/Brian A. Howie
                                    BRIAN A. HOWIE