# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No.** |
| | : | |
| **v.** | : | |
| | : | |
| **MAHMUD RASHID,** | : | **VIOLATION:**   **18 U.S.C. § 1343** |
| | : | **(Wire Fraud)** |
| **Defendant.** | : | |
| _____ | : | |

## I N F O R M A T I O N

The United States Attorney informs the Court that, at all times material and relevant to this Information:

1.      Defendant, MAHMUD RASHID, owned and operated an Exxon franchise at 950 Capitol Street, S.E., Washington, D.C. 20003 from on or about February, 2001 to present.

2.      Defendant RASHID's gas station is located among several large government buildings and, as a result, is a popular location for government employees to refuel their government vehicles.

3.      General Electric (hereafter "GE") provided credit card processing services to business customers.  Using a device known as a point-of-sale terminal, a merchant could send, via wire, instructions to GE to debit a particular credit card and credit a bank account designated by the merchant.

4.      Exxon maintained and controlled an account with GE to provide credit card processing services to all of its Exxon franchises, such as the one held by Defendant RASHID.

<u>Scheme to Defraud</u>

5.      From on or about February 1, 2001, through in or about February 2004, RASHID devised and intended to devise a scheme and artifice to defraud the United States Government and to obtain its money and property by means of false and fraudulent pretenses, representations and promises.

<u>Purpose of the Scheme</u>

6.      It was the purpose of the scheme for RASHID to enrich himself by making unauthorized charges to the government credit cards used to refuel government vehicles at his gas station and, thereby, obtaining in excess of $120,000.

<u>Manner and Means</u>

7.      Defendant carried out his scheme by, among other things, obtaining credit access or PIN numbers from government employees engaged in legitimate gasoline purchases and submitting false charges to the credit company.

<u>Use of the Wires to Execute the Scheme</u>

8.      On or about April 1, 2003, within the District of Columbia and elsewhere, for purposes of executing the above-described scheme to defraud, RASHID caused to be transmitted by interstate commerce by means of a wire communication, certain writings, signals, pictures, and sounds; that is, RASHID used a point-of-sale terminal in his gas station to debit the credit card of

2

a government employee, without permission, and to credit a bank account controlled by RASHID

in the amount of $102.96.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**

KENNETH L. WAINSTEIN
United States Attorney
DC Bar No. 451058


By: _____
MICHELLE MEROLA
 DC Bar No. 451413
555 4th Street, N.W., Room 5233
Washington, D.C.  20530
(202) 353-4862