IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISING MICRO, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXON MOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-00572-GK |

**DEFENDANT EXXON MOBIL OIL CORPORATION'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW TO EXTEND DEADLINE FOR FILING ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Exxon Mobil Oil Corporation ("ExxonMobil") hereby moves for a one-week extension of the deadline for filing its answer to plaintiff Rising Micro, LLC's Complaint until Friday, May 5. As grounds, ExxonMobil states as follows:

1. Plaintiff Rising Micro, LLC ("Rising Micro") filed its complaint in this action on March 28, 2006, alleging an improper termination in violation of the Petroleum Marketing Practices Act ("PMPA"). (*See* Dkt. 1).

2. ExxonMobil's answer is due Friday, April 28.

3. Rising Micro has moved for a temporary restraining order and preliminary injunction. ExxonMobil filed its opposition brief on Friday, April 21. The hearing on Rising Micro's motion is set for Monday, May 1.

4. ExxonMobil requests a brief, one-week extension of the deadline for ExxonMobil's answer from Friday, April 28 to Friday, May 5. The requested extension will allow the parties to focus on preparing for the hearing on Rising Micro's motion for preliminary injunction. Additionally, an extension of the deadline will not prejudice Rising Micro.

- 2 -

5.      Pursuant to Local Rule 7(m), undersigned counsel certifies that Rising Micro's counsel, Harry C. Storm, Esq., does not oppose extending the deadline for ExxonMobil's answer from Friday, April 28 until Friday, May 5.

## MEMORANDUM OF LAW

This Court has the authority to grant the requested enlargement pursuant to Fed. R. Civ. P. 6(b). Based on the reasons set forth above, ExxonMobil has established good cause for the one-week extension. Thus, ExxonMobil respectfully requests that this Court grant the motion.

## CONCLUSION

For the foregoing reasons, ExxonMobil respectfully requests the Court to extend the deadline for filing ExxonMobil's answer from Friday, April 28 until Friday, May 5. A proposed form of order is attached.

Dated: April 25, 2006                          Respectfully submitted,

                                               _____s/Brian A. Howie_____
                                               Brian A. Howie
                                               Bar No.: 459329
                                               HOWREY LLP
                                               1299 Pennsylvania Ave., N.W.
                                               Washington, D.C. 20004
                                               Telephone: (202) 783-0800
                                               Facsimile: (202) 383-6610

                                               **Attorney for Defendant Exxon Mobil Oil Corporation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISING MICRO, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXON MOBIL OIL CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-00572-GK<br>[Proposed] ORDER |

**ORDER ON DEFENDANT EXXON MOBIL OIL CORPORATION'S
UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING
ANSWER TO PLAINTIFF'S COMPLAINT**

Upon consideration of defendant Exxon Mobil Oil Corporation's Unopposed Motion and Incorporated Memorandum of Law for Extension of Deadline for Filing Answer to Plaintiff's Complaint, the Court hereby GRANTS the motion. Defendant Exxon Mobil Oil Corporation shall file and serve its answer to plaintiff's complaint no later than Friday, May 5.

_____
Hon. Gladys Kessler
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Harry C. Storm
>Lerch, Early & Brewer, Chartered
>3 Bethesda Metro Center, Suite 460
>Bethesda, MD 20814

>>s/Brian A. Howie
>>BRIAN A. HOWIE