IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISING MICRO, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**EXXON MOBIL OIL CORPORATION**<br><br>Defendant. | Civil Action No. 1:06-cv-00572-GK |

**DEFENDANT EXXON MOBIL OIL CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for defendant Exxon Mobil Oil Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Exxon Mobil Oil Corporation which have any outstanding securities in the hands of the public:

    Esso Malaysia Berhad
    Esso Societe Anonyme Francaise
    Exxon Mobil Corporation
    Imperial Oil Limited
    Mobil Oil Ghana Limited
    Mobil Oil Nigeria Public Limited Company
    Societe Francaise ExxonMobil Chemical SCA
    Tonen General Sekiyu K.K.

These representations are made in order that judges of this court may determine the need for recusal.

- 2 -

Dated: April 26, 2006                                        Respectfully submitted,


                                                          s/Brian A. Howie
_____
Brian A. Howie
Bar No.: 459329
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

**Attorney for Defendant Exxon Mobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Harry C. Storm
>Lerch, Early & Brewer, Chartered
>3 Bethesda Metro Center, Suite 460
>Bethesda, MD  20814

>_____s/Brian A. Howie_____
>BRIAN A. HOWIE