UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RISING MICRO, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-572 (GK) |
| ) | |
| **EXXON MOBIL OIL CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### O R D E R

Plaintiff, Rising Micro, L.L.C. ("Rising Micro"), brings this action against Exxon Mobil Oil Corporation ("Exxon Mobil"), alleging improper termination of its retail motor fuel franchise agreement in violation of the Petroleum Marketing Practices Act ("PMPA"), 15 U.S.C. §§ 2801 et seq.

This matter is currently before the Court on Plaintiff's Motion for Preliminary Injunction [Dkt. No. 3]. Upon consideration of the Motion and Opposition,[1] the representations of the parties at a Hearing held on May 1, 2006, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion is **denied;** and it is further

---

[1] Plaintiff did not file a Reply.

**ORDERED** that the parties shall file, **by May 20, 2006,** a joint praecipe indicating how they wish to proceed further in this case.

May 3, 2006
```
                              /s/
                         Gladys Kessler
                         U.S. District Judge
```

**Copies to**: **attorneys on record via ECF**