**COMPANY OWNED DEALER OPERATED ("CODO")**
**LEASE PROVISIONS**
**TO**
**PMPA FRANCHISE AGREEMENT**

This Indenture of Lease and CODO Lease Provisions (collectively. "Lease") are a part of. and incorporated into. the PMPA Franchise Agreement ("Agreement") between ExxonMobil Oil Corporation ("ExxonMobil") and RISING MICRO LLC ("Franchise Dealer") with a Term beginning on FEBRUARY 1, 2004 (the "Effective Date")

**ARTICLE 1**

**LEASE OF MARKETING PREMISES**

1 1 Lease Subject to the terms and conditions of this Lease and the Agreement. ExxonMobil leases to Franchise Dealer. and Franchise Dealer leases from ExxonMobil, the following marketing premises (the "Marketing Premises")

950 S CAPITOL STREET S E . WASHINGTON . DC . 20003-0000

which includes the improvements, now or at any time during the Term. located on the Marketing Premises and all equipment listed on the attachment entitled "CODO Lease Schedule" which attachment is incorporated into this Lease The CODO Lease Schedule may be amended in writing by the Parties from time to time or by ExxonMobil as provided in this Lease

1 2 Underlying Lease

  (a)  Franchise Dealer acknowledges

      (i)  that Franchise Dealer has received notice in writing prior to the commencement of the Term that this Lease, the Agreement and all or a material portion of the Marketing Premises are subject to one or more underlying leases held by ExxonMobil which expire as follows

          Expiration Date N/A

          and

      (ii)  that any underlying lease or leases might expire and not be renewed

  (b)  If any underlying lease expires or is terminated during the Term or any extension of the Term. ExxonMobil may terminate or nonrenew this Lease. the Agreement and the Franchise Relationship as of the date of expiration or termination of the underlying lease ExxonMobil is under no obligation to seek an extension or renewal of any underlying lease or to exercise any options including any option to renew or purchase This Section 1 2 may not be construed as a waiver of any other right of termination or non-renewal which ExxonMobil may have

1 3 Exclusions. Reservations This Lease

  (a)  is subject to

      (i)  any state of facts that an accurate survey might show,

      (ii)  existing or future easements, encumbrances. covenants, restrictions and reservations, if any,

      (iii)  existing or future mortgages or deeds of trust.

      (iv)  any underlying lease or leases.

(v)  the right of ExxonMobil, its Affiliates, ExxonMobil's landlord, if any, and their respective employees, vendors, contractors and representatives to enter the Marketing Premises under this Lease, the Agreement or any related or supplemental agreement, and

(vi)  building restrictions and zoning,

(b)  excludes from the Marketing Premises any prior lease or grant by ExxonMobil,

(c)  reserves to ExxonMobil the rights to use, or grant to other persons the use of, the following portions of the Marketing Premises (the "perimeter")

(i)  a 10-foot wide strip along the perimeter of the Marketing Premises, or

(ii)  other area or areas, as determined necessary or appropriate by ExxonMobil, for any reasonable use including

(A)  erecting and maintaining signs,

(B)  installing and maintaining any utilities or storm-water drainage systems,

(C)  providing access for vehicles and pedestrians,

(D)  conducting construction activities, and

(E)  locating, operating and maintaining communication facilities and services (including wireless communication facilities), and

(d)  reserves to ExxonMobil the right, but not the obligation, to exclude from this Lease and the Agreement at any time or from time to time a portion of the Marketing Premises used for a Related Business if Franchise Dealer does not operate, stops operating, or is required by ExxonMobil under the Agreement or any related or supplemental agreement to stop operating, that Related Business at the Marketing Premises. Upon such exclusion

(i)  Franchise Dealer may use only nonexcluded portions of the Marketing Premises including those structures or improvements on the Marketing Premises designated by ExxonMobil for Franchise Dealer's use in operating the remaining Businesses,

(ii)  ExxonMobil shall reduce the Rent by an amount determined by ExxonMobil to reflect the value of the excluded portion of the Marketing Premises,

(iii)  ExxonMobil, its Affiliates, any lessee or licensee of ExxonMobil or its Affiliates and their respective employees, agents, lessees, licensees, customers, contractors and vendors may use the nonexcluded portion of the Marketing Premises for ingress and egress to the excluded portion of the Marketing Premises, and

(iv)  Franchise Dealer shall cooperate fully with ExxonMobil, its Affiliates and their respective employees, agents, lessees, licensees, customers, contractors and vendors in operating any business or conducting any activities on the excluded portion of the Marketing Premises including reaching reasonable agreements on utility expenses and other matters of mutual interest

ExxonMobil's rights under this Section 1 2(d) are in addition to other rights and remedies that ExxonMobil may have in connection with Franchise Dealer's failure to comply with provisions of the Agreement and any related or supplemental agreements including the right to terminate or nonrenew the Agreement, the Franchise and the Franchise Relationship

1 4  Condition of Marketing Premises and Equipment  FRANCHISE DEALER ACCEPTS THE MARKETING PREMISES AND ALL EQUIPMENT LISTED IN THE CODO LEASE SCHEDULE IN THEIR PRESENT CONDITION, AS IS, WITHOUT WARRANTY, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY AS TO THEIR CONDITION, INTERFERENCE, INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR ANY PURPOSE  ExxonMobil is not responsible or liable to Franchise Dealer, its employees, agents, customers, vendors or contractors for any defect or change in the condition of the Marketing Premises

1 5  Subordination  This Lease and all rights of Franchise Dealer under this Lease, the Agreement and all related and supplemental agreements are subject and subordinate in all respects to all existing and future

(a)    ground leases, overriding leases and underlying leases of all, or any portion of, the Marketing Premises now or hereafter existing,

(b)    mortgages, which may now or later affect the Marketing Premises, any equipment, fixtures, leases and leasehold estates, whether or not any mortgages also cover property other than the Marketing Premises or leases,

(c)    each and every advance made or to be made under any mortgages,

(d)    all renewals, modifications, replacements and extensions of any leases or mortgages, and

(e)    all spreaders, consolidations and correlation's of any mortgages

The term "mortgages" includes deeds of trust and other financing agreements. The provisions of this Section 1 5 are self-executing and do not require further documentation. Without limiting the preceding sentence, upon ExxonMobil's request, Franchise Dealer shall sign and deliver any and all documents and take such action, as ExxonMobil may request to evidence any subordination

1 6    Holding Over. Any holding over by Franchise Dealer does not constitute a renewal or extension of this Lease or the Agreement. ExxonMobil, at its option, may elect to treat a holdover as either a trespass or a tenancy at will. If, under the laws of the state in which the Marketing Premises are located, holding over creates a periodic tenancy, the holding over will, notwithstanding anything in this Section 1 6, create a month-to-month tenancy

1 7    Subletting

(a)    Unless Franchise Dealer receives ExxonMobil's prior express written approval, which approval may be withheld in ExxonMobil's sole discretion, Franchise Dealer may not

    (i)    sublet or license all or any part of the Marketing Premises,

    (ii)    grant any right to any person to establish or operate a Related Business or any other business at the Marketing Premises including a Co-Brand or Non-ExxonMobil Offering,

    (iii)    except in compliance with Articles XII and XIII of the Agreement, Transfer any Interest in this Lease,

    (iv)    grant any other person a possessory interest in the Marketing Premises,

    (v)    encumber or hypothecate the Marketing Premises, or

    (vi)    grant any person any easement or concession in the Marketing Premises

(b)    Any attempt by Franchise Dealer to take any of the actions specified in Section 1 7(a) without ExxonMobil's prior written approval is a default under this Lease and the Agreement and shall be null and void. If ExxonMobil does approve any actions specified in Section 1 7(a), Franchise Dealer shall comply with all conditions and requirements imposed by ExxonMobil on Franchise Dealer in giving the approval

## ARTICLE II

## RENT

2 1    Rent, National Rent Policy  Franchise Dealer shall pay to ExxonMobil rent for the scheduled period
as specified in the attachment entitled "Rent Schedule" which is attached and incorporated in this
Lease  Dealer shall pay to ExxonMobil rent for the Marketing Premises determined in accordance
with ExxonMobil's National Rent Guidelines  (Attachment I) a ExxonMobil's National Rent
Guidelines means a written policy adopted by ExxonMobil in good faith and in the ordinary course of
business governing the rent to be charged ExxonMobil's lessee franchise dealers, as that policy may
be modified by ExxonMobil at any time or from time to time  Except as provided in ExxonMobil's
National Rent Guidelines, changes to ExxonMobil's National Rent Guidelines after the Effective
Date will not affect the calculation of the Asset-Based maximum Rent under this Lease during the
Term  Upon any renewal of the Franchise and Franchise Relationship, the rent, including the Asset-
Based Maximum Rent, will be determined in accordance with ExxonMobil's National Rent
Guidelines or any successor ExxonMobil policy or program in effect at the time of renewal, or in the
case of a 10 year term, at the 5 year re-opener

2 2    Payment of Rent  Without offset or recoupment, Franchise Dealer shall pay Rent in 4 equal
installments throughout the month in which payment is due or upon other timing specified by
ExxonMobil in writing  Subject to applicable Laws, ExxonMobil may impose a late payment charge
as designated by ExxonMobil from time to time for each Rent payment not received by ExxonMobil
when due, which charge is in addition to other remedies available to ExxonMobil including
termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship

2 3    Rent and Maintenance Security  Upon request by ExxonMobil, and in addition to any Product
Security, Franchise Dealer shall provide and maintain security in a minimum amount equal to two
months rental ("Rent and Maintenance Security")  ExxonMobil may use, without prior notice or
demand, any or all of the Rent and Maintenance Security to setoff or satisfy all or any part of any
indebtedness or obligation of Franchise Dealer to ExxonMobil including indebtedness for failure to
pay rent or perform Franchise Dealer's maintenance obligations  If ExxonMobil uses any Rent and
Maintenance Security to satisfy all or part of an indebtedness or obligation, Franchise Dealer
immediately shall provide ExxonMobil with additional security, as directed by ExxonMobil, to
replace the Rent and Maintenance Security  Following non-renewal or termination of the Franchise
Relationship between ExxonMobil and Franchise Dealer, ExxonMobil shall return to Franchise
Dealer, in accordance with ExxonMobil's procedures then in effect, any remaining portion of the
Rent and Maintenance Security not required to satisfy all or any part of any indebtedness or other
obligation of Franchise Dealer to ExxonMobil

2 4    Modifications Upon Renewal  No provision of this Lease or the Agreement may be construed to
prevent or limit ExxonMobil's right to modify the terms or conditions of the Agreement, or offer
additional or different terms to Franchise Dealer, upon a renewal of the Franchise and Franchise
Relationship including ExxonMobil's right to offer any modification or new terms relating to rent

2 5    Personal Property

(a)    All personal property and equipment listed on the CODO Lease Schedule

(i)    is subject to the terms and condition of this Lease and the Agreement, and

(ii)    is to be considered loaned personal property or equipment and, unless expressly
specified in the CODO Lease Schedule, is not to be allocated any portion of the Rent
under this Article II

(b)    Maintenance, repairs or replacement of loaned personal property or equipment by Franchise
Dealer does not entitle Franchise Dealer to any abatement of rent  ExxonMobil may at any
time or from time to time alter, change, remove or add to the personal property or equipment
loaned or leased to Franchise Dealer in ExxonMobil's sole discretion  Franchise Dealer shall
not remove from the Marketing Premises any personal property or equipment loaned or leased
by ExxonMobil to Franchise Dealer

## ARTICLE III

## FRANCHISE DEALER OBLIGATIONS

3 1   Utilities, Taxes and Licenses  In addition to Rent under Article II, Franchise Dealer shall pay

    (a)   all utility charges and other expenses incurred in the operation of the Marketing Premises, except as may expressly be provided otherwise in this Lease, and

    (b)   all taxes, fees and charges imposed by governmental authority on the Marketing Premises or its use including business use taxes and license fees, but excluding real and personal property taxes on the land and buildings and on ExxonMobil's equipment unless those real and personal property taxes are to be paid by Franchise Dealer pursuant to any underlying lease between ExxonMobil and Franchise Dealer

3 2   Agreement Provisions  Franchise Dealer shall comply with all provisions of the Agreement including compliance with the Standards

3 3   No Liens  Franchise Dealer shall keep the Marketing Premises and any ExxonMobil equipment or other property free of all liens, claims and encumbrances

3 4   Condemnation  Without limiting any provisions of the Agreement, Franchise Dealer shall comply with all Laws governing condemnation or eminent domain awards  All sums payable by a condemning authority for a taking of any portion of the Marketing Premises, whether payable due to a purchase in lieu of condemnation, a settlement reached after the initiation of condemnation proceedings, a final judgment or otherwise, will be paid to ExxonMobil and Franchise Dealer has no interest whatsoever in those sums, except that Franchise Dealer may receive any sum payable by the condemning authority for loss of goodwill by Franchise Dealer  Franchise Dealer shall notify ExxonMobil promptly upon Franchise Dealer's receipt of any notice, or other communication, of a taking or proposed taking of any portion of the Marketing Premises from any condemning authority  ExxonMobil shall have the right to settle or dispute any condemnation proceedings in its sole discretion  Franchise Dealer may not independently participate in any condemnation proceedings affecting the Marketing Premises, but shall cooperate fully with ExxonMobil in any condemnation proceedings  Franchise Dealer shall sign and deliver any documents, and take other action, requested by ExxonMobil in connection with condemnation proceedings or any settlement of those proceedings

3 5   Surrender in Good Condition

    (a)   Upon termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship

        (i)   Franchise Dealer immediately shall surrender the Marketing Premises to ExxonMobil in good order and condition, and

        (ii)   in addition to any other rights or remedies of ExxonMobil, ExxonMobil may repossess the Marketing Premises and operate the Marketing Premises through ExxonMobil's employees, contractors or agents

    (b)   Upon exclusion of any portion of the Marketing Premises under Section 1 3(d), Franchise Dealer immediately shall surrender the excluded portion of the Marketing Premises to ExxonMobil in good order and condition

3 6   Business Records  Franchise Dealer shall maintain current, accurate and complete business records, including all records required under Articles IV and V of this Lease

3 7   Telephones, Devices

    (a)   Unless Franchise Dealer obtains ExxonMobil's prior written consent (which consent ExxonMobil may withhold in its sole discretion), Franchise Dealer shall not place on the Marketing Premises, or permit the placement anywhere on the Marketing Premises of

        (i)   any pay telephones,

        (ii)   pay air towers, pay toilets or coin-operated devices.

    (iii)    dispensing devices,

    (iv)    vending machines,

    (v)    merchandising equipment for any products (including beverages, ice, candy or tobacco products),

    (vi)    ice vending or storage machines, or

    (vii)    trailers

(b)    If ExxonMobil consents to the placement of any item under Section 3 7(a), Franchise Dealer shall comply with all conditions or requirements that ExxonMobil may impose in giving its consent

3 8    Storage, Parking  Franchise Dealer shall not use, or permit the use of, the Marketing Premises for the rental, storage or parking of any devices, vehicles or equipment  Franchise Dealer shall not place on the Perimeter any property or improvements, including signs, vehicles or structures, without ExxonMobil's prior written consent

3 9    Equipment  Franchise Dealer shall provide and maintain at its sole cost all equipment and personal property necessary for Franchise Dealer's operation of the Businesses which equipment is not supplied by ExxonMobil

3 10    Use  Franchise Dealer shall use the Marketing Premises in compliance with all provisions of the Agreement (including this Lease) and only for operation of the Businesses specified in the Agreement

## ARTICLE IV

## MAINTENANCE OBLIGATION

4 1    Allocation of Maintenance Obligations  As provided in this Article IV, each Party shall maintain that equipment and property allocated to it in the schedule entitled "Maintenance Schedule" attached to and incorporated into this Lease  Franchise Dealer also shall maintain any property or equipment located at the Marketing Premises or otherwise used in the Businesses which property or equipment is not specified in the Maintenance Schedule  ExxonMobil reserves the right, in its sole discretion, to periodically add to, change or delete from, the Maintenance Schedule  Franchise Dealer acquires no ownership interest in property or equipment belonging to ExxonMobil, but leased or loaned to Franchise Dealer, because of Franchise Dealer's compliance with Franchise Dealer's maintenance, repair and replacement obligations

4 2    ExxonMobil Obligations

(a)    Subject to this Section 4 2 and Section 4 4, ExxonMobil shall repair or replace the equipment and property allocated to it in the Maintenance Schedule as determined by ExxonMobil as necessary to keep them in good operating condition, if the need for any repair or replacement is due to ordinary wear and tear or damage by the elements  ExxonMobil's obligation to repair or replace does not arise unless and until

    (i)    Franchise Dealer notifies by telephone ExxonMobil's Maintenance Center or designated contractor that the equipment or property is not in good operating condition, and

    (ii)    ExxonMobil determines in its sole discretion (which determination shall be made within a reasonable period of time) that the repair is necessary and is due to ordinary wear and tear or damage by the elements

(b)    Franchise Dealer shall

    (i)    render any damaged or malfunctioning equipment or property harmless,

      (ii)    not use the equipment or property, or permit it to be used, until repaired or replaced, and

      (iii)   take action as may be necessary to make the area safe including posting warnings and preventing access

(c)    If, within five business days following Franchise Dealer's telephone notification, ExxonMobil does not commence the repairs or replacement or notify Franchise Dealer that ExxonMobil will not make any repairs or replacement, Franchise Dealer shall furnish additional notice in writing to the Marketing Support & Controls Manager of the ExxonMobil business unit responsible for Franchise Dealer's geographic area or an authorized ExxonMobil representative of higher authority In lieu of any repairs, ExxonMobil may make replacements

(d)    ExxonMobil is not obligated to make any repairs or replacements under this Article IV, if ExxonMobil has furnished to Franchise Dealer a notice of termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship including termination or non-renewal based on ExxonMobil's determination

      (i)    to withdraw from a geographic market area.

      (ii)   to convert the Marketing Premises to a use other than the sale of motor fuel,

      (iii)   to materially alter, add to or replace the Marketing Premises,

      (iv)   to sell the Marketing Premises, or

      (v)    that renewal is likely to be uneconomical to ExxonMobil

(e)    Notwithstanding ExxonMobil's obligations under this Section 4 2, ExxonMobil may, in its sole discretion, elect

      (i)    not to repair or replace any underground storage tank listed in the CODO Lease Schedule.

      (ii)   remove or abandon in-place that tank in accordance with applicable Law with no further use by Franchise Dealer, and

      (iii)   amend the CODO Lease Schedule to reflect the deletion of the tank or tanks

(f)    If ExxonMobil exercises its right to remove or abandon any tank under Section 4 2(e), the following applies

      (i)    ExxonMobil may not exercise its rights under Section 4 2(e) so as to reduce Franchise Dealer's ability to market Products by more than one grade,

      (ii)   ExxonMobil will determine which grade of Products will be eliminated if ExxonMobil exercises its rights under Section 4 2(e). and

      (iii)   the Contract Volumes for that grade of Product will be reduced to reflect the eliminated Product grade

4 3   Additional Maintenance Obligations  Franchise Dealer shall

(a)    at Franchise Dealer's expense and except as expressly provided under Section 4 2, maintain the Marketing Premises and all equipment and property located on the Marketing Premises in good, safe and operating condition and promptly make all necessary repairs or replace with equipment or property of comparable value,

(b)    operate and maintain all emission control equipment including

      (i)    maintaining the equipment in accordance with the instructions of the manufacturer,

      (ii)   repairing or replacing the equipment, as necessary, and

      (iii)   complying with all applicable Laws relating to operation or maintenance of the equipment.

    (c)    promptly notify ExxonMobil if Franchise Dealer believes any equipment or property which is ExxonMobil's responsibility under Section 4 2 is not in good operating condition.

    (d)    implement a maintenance program in accordance with Section 4 4 and Franchise Dealer's obligations under the Maintenance Schedule. and

    (e)    keep accurate and updated records of all preventive maintenance inspections and of all maintenance performed by Franchise Dealer and show the records to ExxonMobil upon request

## 4 4  Maintenance Adjustment

    (a)    In lieu of directly meeting its maintenance obligations under Section 4 2, ExxonMobil may, but is not obligated to, issue a credit against Franchise Dealer's rent as a contribution toward Franchise Dealer's maintenance costs (maintenance adjustment) as described in this Section 4 4  Franchise Dealer shall apply the maintenance adjustment for the purpose of, and in accordance with, this Section 4 4  Upon 90 days prior written notice. ExxonMobil may discontinue or adjust the maintenance adjustment at any time  Franchise Dealer's application of the maintenance adjustment creates no ownership interest in Franchise Dealer in any equipment or property belonging to ExxonMobil but loaned or leased to, and maintained, repaired or replaced by, Franchise Dealer

    (b)    The amount of the maintenance adjustment is specified in the "maintenance adjustment Schedule" attached to and incorporated into this Agreement  ExxonMobil shall issue the credit against Franchise Dealer's rent twice a year, in January and July by journal entry to Franchise Dealer's account  The first and last maintenance adjustment will be prorated if they relate to periods of less than 6 months

    (c)    Franchise Dealer shall apply the maintenance adjustment only to meet ExxonMobil's maintenance obligations under this Article IV except that Franchise Dealer may apply any portion of the maintenance adjustment in excess of the amount of funds needed to meet ExxonMobil's current maintenance obligations to

        (i)    meet future maintenance obligations of ExxonMobil as budgeted under Section 4 4(d).

        (ii)    comply with the Standards if any portion of the maintenance is in excess of the amount required under Section 4 4(c)(i), or

        (iii)    meet Franchise Dealer's maintenance obligations under this Article IV if any portion of the maintenance adjustment is in excess of the amounts required under Sections 4 4(c) (i) and (ii)

    (d)    Franchise Dealer acknowledges that the amount of the maintenance adjustment may be more than necessary to pay for maintenance in some 6-month periods and less than necessary to pay for maintenance in other 6-month periods  Franchise Dealer shall budget the maintenance adjustment in a manner designed to balance (approximately) over the Term  Franchise Dealer's budget, as it may be amended as circumstances warrant, is subject to ExxonMobil's reasonable approval

    (e)    Franchise Dealer shall perform all maintenance

        (i)    in compliance with all Laws including local building, or other, codes and ordinances, and

        (ii)    in a safe and workmanlike manner

    (f)    If Franchise Dealer receives the maintenance adjustment and fails to comply timely with Franchise Dealer's obligations under this Section 4 4, after written notice to Franchise Dealer, ExxonMobil may. but is not obligated to, perform Franchise Dealer's obligations under this Section 4 4 and. at ExxonMobil's sole discretion. debit Franchise Dealer's account or offset against amounts owed ExxonMobil or any security held by ExxonMobil (including the Rent Security and Maintenance Security) ExxonMobil's actual cost incurred in performing the obligations  ExxonMobil's rights under this Section 4 4(f) are in addition to any other rights or remedies of ExxonMobil including the termination or non-renewal of the Agreement. the Franchise and the Franchise Relationship

(g)   Without limiting Section 4 4(a) and based on the maintenance expense history of the Marketing Premises. ExxonMobil may adjust the maintenance adjustment from time to time as ExxonMobil determines appropriate

(h)   Nothing contained in this Section 4 4 relieves Franchise Dealer of its obligation to comply. at its sole expense. with its maintenance obligations under any other provision of this Lease and the Agreement including Section 4 3


# ARTICLE V

## ENVIRONMENTAL PROTECTION

5 1   Inventory Reconciliation

(a)   Franchise Dealer acknowledges that the Marketing Premises contain underground tanks for the storage of petroleum products and that the release of the Products into the environment can cause serious damage to property, soil and ground water  To detect tank or piping leaks in order to safeguard the environment and prevent loss to either Franchise Dealer or ExxonMobil, Franchise Dealer shall measure the inventory of all underground storage tanks daily by tank sticking or other ExxonMobil-supplied measurement techniques, and reconcile the measured inventory with meter readings daily  Franchise Dealer shall keep a daily log of all underground tank inventory readings at the Marketing Premises, which shall be available for inspection by ExxonMobil or government authorities as required by applicable Law

(b)   To the extent that other requirements relating to environmental protection, including sampling of monitoring wells. preparing records of reports, or complying with notification requirements, are communicated by ExxonMobil to Franchise Dealer and without limiting Franchise Dealer's obligation to comply with the provisions of this Article V, Franchise Dealer additionally shall fully comply with all such requirements including any environmental Standards

(c)   Franchise Dealer shall maintain all loss, inventory-reconciliation and other environmental records or reports on the Marketing Premises for a period of three years  Franchise Dealer shall also make available these loss records or reports for inspection by ExxonMobil or by government authorities as required by applicable Laws

(d)   If Franchise Dealer fails to properly measure and reconcile inventory, maintain records and perform other environmental protection activities as required by applicable Law, this Lease, the Agreement or any related or supplemental agreements. or as specified by ExxonMobil from time to time, Franchise Dealer waives any and all rights that Franchise Dealer may have against ExxonMobil resulting from any environmental contamination or leakage including any claims for the value of lost Products  This waiver is in addition to other remedies and indemnities of ExxonMobil including termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship

(e)   Franchise Dealer shall permit ExxonMobil, its Affiliates and their respective employees. agents and contractors to enter the Marketing Premises at all times to inspect or test for contamination or leakage and conduct any excavation, remediation. monitoring or other activities in connection with any environmental contamination or leakage

5 2   Notice, Remedy

(a)   Franchise Dealer shall notify ExxonMobil immediately by telephone. confirmed in writing, of any indication or suspicion of environmental contamination or leakage  As required by Laws. Franchise Dealer also shall notify all local governmental authorities of any contamination or leakage  If Franchise Dealer fails to notify ExxonMobil immediately of any indication or suspicion of contamination or leakage, Franchise Dealer waives any and all rights that Franchise Dealer has, or may have, against ExxonMobil resulting from the contamination or leakage including any claims for the value of lost Product  This waiver is in addition to other remedies or indemnities of ExxonMobil including termination or non-renewal of the Agreement. the Franchise and the Franchise Relationship

    (b)   Upon receipt of Franchise Dealer's notice, ExxonMobil shall use reasonable efforts to repair or otherwise remedy the cause of the leakage and return the Marketing Premises to full operation Where determined appropriate in its judgment, ExxonMobil shall reduce or eliminate Rent due ExxonMobil during any repair period ExxonMobil is not liable for lost business or profits, or for incidental or consequential damages arising from or relating to repairs, removal of equipment from service or other actions taken in response to environmental contamination or leakage

5 3   Compliance With Laws  Franchise Dealer shall comply fully with all applicable Laws including those covering water, soil and air environmental protection and public health and nothing contained in this Lease may be construed to limit Franchise Dealer's obligation to comply with Laws  If Franchise Dealer does not dispose of waste in a proper manner or is not, in ExxonMobil's determination, complying with the requirements of these Laws, ExxonMobil may, but is not obligated to, enter upon the Marketing Premises and take such action as it deems necessary without liability to Franchise Dealer for business loss  Any cost incurred by ExxonMobil shall be paid by Franchise Dealer upon demand  This remedy is in addition to any remedies and indemnities of ExxonMobil including termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship

5 4   Franchise Dealer's Acknowledgment  Franchise Dealer acknowledges that Franchise Dealer's failure to comply fully with this Article V constitutes a failure to comply with a reasonable and materially significant provision of the Agreement and the Franchise Relationship

# ARTICLE VI

## ADDITIONAL INDEMNITY AND INSURANCE

6 1   Indemnity  In addition to the other indemnities provided in the Agreement, Franchise Dealer shall defend and indemnify the Indemnitees to the fullest extent permitted by Law for all Losses resulting or arising from

    (a)   any failure by Franchise Dealer to notify ExxonMobil of the need for repairs or any failure by Franchise Dealer to otherwise comply with Franchise Dealer's maintenance obligations as set forth in this Lease, the Agreement or any supplemental or related agreement, or

    (b)   any default or breach of an underlying lease as a result of the acts or omissions of Franchise Dealer

6 2   Types of Insurance Required  Refer to Article XI of the Agreement for Insurance Requirements

6 3   Agreement Provisions  The provisions of Article XI or XVIII of the Agreement apply to the insurance and indemnity requirements under this Article VI

6 4   Use of Proceeds  ExxonMobil may in its sole discretion elect to keep any insurance proceeds in lieu of repairing, replacing or rebuilding the Marketing Premises or any personal property or equipment

# ARTICLE VII

## REDEVELOPMENT OF MARKETING PREMISES

7 1   ExxonMobil's Redevelopment Right  ExxonMobil may, but shall not be obligated to, redevelop the Marketing Premises at any time and from time to time during the Term  Redevelopment may include altering, reconstructing, remodeling, demolishing or adding to buildings, equipment and facilities, and changing configuration, which may include the elimination or conversion of the service bays or merchandise sales areas  ExxonMobil is under no obligation to undertake any redevelopment  The decision to redevelop, and the nature of any redevelopment, shall be within ExxonMobil's sole discretion

7 2     Notice  ExxonMobil shall notify Franchise Dealer verbally or in writing at least 30 days prior to the beginning of any demolition or construction

7 3     Right of Entry  Franchise Dealer shall permit ExxonMobil and its Affiliates and their respective employees. agents, vendors or contractors to enter upon the Marketing Premises for the purpose of making any proposed redevelopment  Franchise Dealer shall fully cooperate with ExxonMobil in any redevelopment of the Marketing Premises

7 4     Limitation of Liability  ExxonMobil will not be liable to Franchise Dealer for loss. inconvenience or annoyance to Franchise Dealer arising out of or in connection with any redevelopment including any loss. damage to or removal of any or all alterations or improvements previously installed by Franchise Dealer, or any claim by Franchise Dealer for loss of business or profits arising out of the redevelopment

7 5     Adjustments in Rental and Product Quantities

    (a)     During the period of demolition or construction. ExxonMobil shall reduce the Contract Volumes and the Rent by an amount which, in its sole judgment, will adequately compensate Franchise Dealer for the restrictions in use of the Marketing Premises resulting from the demolition or construction  Upon completion of any redevelopment, ExxonMobil may. for the balance of the Term

        (i)     increase the Contract Volume and minimum purchase requirements specified in Article II of the Agreement and ExxonMobil may amend the Purchase Schedule to reflect the increase, and

        (ii)     increase the Rent and the Asset-Based Maximum Rent in accordance with Section 2 5

    (b)     Within 30 days after receipt of notice from ExxonMobil of any Product quantity, minimum purchase or Rent increase, Franchise Dealer may terminate this Agreement by providing written notice to ExxonMobil if the increase is not satisfactory to Franchise Dealer  Failure by Franchise Dealer to furnish timely notice of termination is a waiver of Franchise Dealer's right to terminate under this Section 7 5(b)  The effective date of termination shall be 30 days after the date of Franchise Dealer's notice to ExxonMobil  Franchise Dealer shall sign and deliver to ExxonMobil. upon request by ExxonMobil, a mutual termination agreement and other agreements or instruments as requested by ExxonMobil for orderly termination of the Agreement, the Franchise and the Franchise Relationship

7 6     Franchise Dealer Improvements  Franchise Dealer may not alter or improve all or any part of the Marketing Premises unless ExxonMobil has provided its prior written consent which ExxonMobil may withhold in its sole discretion  If ExxonMobil consents to any improvement or alteration, Franchise Dealer shall comply with

    (a)     all provisions of this Lease, the Agreement and any underlying lease,

    (b)     all restrictions, covenants and reservations applicable to the Marketing Premises,

    (c)     all applicable Laws including building codes, permit requirements and zoning. and

    (d)     any conditions or requirements imposed by ExxonMobil in giving its consent

Permitted improvements or alterations to the extent funded by Franchise Dealer during the Term may not be included by ExxonMobil in determining the Assessed Value for purposes of determining Rent during the Term if the inclusion would increase Rent above that paid by Franchise Dealer prior to the improvement or alteration  Nothing in this Lease may be construed as preventing ExxonMobil upon any renewal of the Franchise or the Franchise Relationship from including any Franchise Dealer-funded improvements or alterations in determining the Assessed Value for purposes of determining Rent even if inclusion would increase Rent  Any Franchise Dealer-funded improvements or alterations to the Marketing Premises are the sole property of ExxonMobil  Upon ExxonMobil's request, Franchise Dealer shall sign and deliver documentation. and take other action. requested by ExxonMobil to evidence ExxonMobil's ownership in any improvements or alterations

**ARTICLE VIII**

## CONTRACT VOLUME INCREASES

8 1 ExxonMobil's Right to Increase  If the Term is more than 5 years. ExxonMobil may at any time after the fifth anniversary of the Effective Date increase the Contract Volumes and minimum purchase requirements under Section 2 1 of the Agreement to an amount that ExxonMobil determines to be appropriate for the Marketing Premises  ExxonMobil shall furnish Franchise Dealer with at least 60 days prior written notice of any Contract Volume or minimum purchase requirement increase  ExxonMobil's rights under this Section 8 1 are in addition to other rights of ExxonMobil (including those under Section 7 5) to increase the Contract Volume and minimum purchase requirements under this Lease  Unless Franchise Dealer terminates the Agreement and the Franchise Relationship under Section 8 2, the increase will be effective on the date specified in ExxonMobil's notice of the increase

8 2 Franchise Dealer's Right to Terminate  If the Contract Volume or minimum purchase requirement increase is unacceptable to Franchise Dealer, Franchise Dealer may terminate the Agreement, the Franchise and the Franchise Relationship by furnishing ExxonMobil with written notice of termination within 30 days following ExxonMobil's notice of increase  Failure by Franchise Dealer to furnish timely notice of termination is a waiver of Franchise Dealer's right to terminate under this Section 8 2  Upon ExxonMobil's request, Franchise Dealer shall sign and deliver to ExxonMobil a mutual termination agreement and other agreements or instruments as may be reasonably requested by ExxonMobil for orderly termination of the Agreement. the Franchise and the Franchise Relationship

## ARTICLE IX

## EQUIPMENT LEASE

9 1 Leased Equipment  During the Term, ExxonMobil leases to Franchise Dealer, and Franchise Dealer leases from ExxonMobil, for use at the Marketing Premises the personal property and proprietary equipment (the "Leased Equipment") listed in the attachment entitled "Lease Schedule". which is incorporated into this Attachment  Without offset or recoupment. Franchise Dealer shall pay rent to ExxonMobil at the times and in the amounts specified in the Lease Schedule  Franchise Dealer shall pay the rent in any manner specified by ExxonMobil and permitted under Section 2 3 of the Agreement  The lease under this Article IX terminates on the earliest to occur of the following

    (a)   termination of the Agreement and the Franchise Relationship.

    (b)   expiration of the Term, or

    (c)   Franchise Dealer's default under this Article IX

9 2 Dealer's Obligations

    (a)   With respect to the Leased Equipment, Franchise Dealer shall

        (i)   make no additions or alterations without ExxonMobil's prior written consent,

        (ii)   keep legible and visible all brand names. trademarks and signs of ExxonMobil,

        (iii)   comply with all Laws covering its use,

        (iv)   not do or permit to be done anything prejudicial to ExxonMobil's title to the Lease Equipment,

        (v)   not remove it or deliver it to anyone but ExxonMobil or ExxonMobil's designee.

        (vi)   use it solely for Products at the Marketing Premises.

        (vii)   exercise reasonable care to prevent damage.

(viii)  comply with all provisions of the Agreement (including the Standards) and any related or supplemental agreements, and

(ix)  keep Leased Equipment free from all liens and encumbrances

(b)  Franchise Dealer, at Franchise Dealer's sole expense, shall

(i)  pay and discharge any and all taxes, fees and charges imposed by governmental authority on any Leased Equipment while in Franchise Dealer's possession, or upon its use or any business in which it is employed,

(ii)  adequately insure the Leased Equipment in the amount of its replacement value while it is in Franchise Dealer's possession, and

(iii)  maintain the Leased Equipment in good repair and condition and, if necessary, replace the Lease Equipment to ensure that it is fit for its intended use and in accordance with applicable Laws  If Franchise Dealer fails to maintain, repair or replace the Leased Equipment

(A)  ExxonMobil may, but is not obligated to, maintain, repair or replace it, as ExxonMobil determines, and

(B)  Franchise Dealer promptly shall reimburse ExxonMobil for the costs of any maintenance, repair or replacement performed by ExxonMobil  In addition to any other rights or remedies of ExxonMobil including termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship, ExxonMobil may debit any account of Franchise Dealer or offset any security held by ExxonMobil, in the amount of the costs

(c)  Franchise Dealer acquires no ownership interest in the Leased Equipment because of Franchise Dealer's compliance with Franchise Dealer's maintenance, repair or replacement obligations

9 3  Equipment Removal  ExxonMobil reserves the right to remove any Leased Equipment at any time and to replace it with similar equipment  Any replacement equipment will be subject to this Article IX  ExxonMobil may discontinue leasing any Leased Equipment at any time without any obligation to replace it, and ExxonMobil has no obligation to reimburse Franchise Dealer rent paid in advance for discontinued items of Leased Equipment  Upon termination of the lease under this Article IX

(a)  ExxonMobil may elect, in its sole discretion, to

(i)  remove the Leased Equipment,

(ii)  have Franchise Dealer remove and return the Leased Equipment to ExxonMobil or ExxonMobil's designee, or

(iii)  direct Franchise Dealer to dispose of the Leased Equipment.

(b)  Franchise Dealer shall bear all removal, site-restoration, transportation and disposal costs relating to the removal, return or disposal of the Leased Equipment.

(c)  ExxonMobil has no obligation to reimburse Franchise Dealer for any rent paid in advance for the Leased Equipment, and

(d)  ExxonMobil may abandon the Leased Equipment without liability or obligation to Franchise Dealer and without limiting any obligations of Franchise Dealer relating to the Proprietary Marks

9 4  ExxonMobil's Rights in the Equipment  The Leased Equipment at all times is the property of and owned by ExxonMobil, and title to the Leased Equipment is and will remain in ExxonMobil  ExxonMobil's rights relating to the Leased Equipment (including its rights under Section 9 5) will survive any termination or non-renewal of the Agreement, the Franchise and the Franchise Relationship

9 5  Right of Entry  In addition to any other right of entry under this Lease or the Agreement, ExxonMobil has the unrestricted right to enter upon the Marketing Premises at any time to inspect or to remove any and all of its property including the Leased Equipment

9 6   Assignment  Notwithstanding any contrary provision in the Agreement, Franchise Dealer may not assign its rights or delegate its duties under this Article IX, in whole or in part, without ExxonMobil's prior written consent which ExxonMobil may withhold in its sole discretion

## ARTICLE X

## MISCELLANEOUS

10 1   Agreement Provisions  Except as expressly provided otherwise in this Lease or in the Agreement, the provisions of the Agreement apply to this Lease  Any termination or non-renewal of the Agreement, the Franchise and Franchise Relationship will automatically operate to terminate this Lease

10 2   Definitions, Construction

    (a)   Terms used in this Lease have the meaning indicated in this Lease or the Agreement

    (b)   Unless expressly provided otherwise, any determination made by ExxonMobil under this Lease will be in ExxonMobil's sole discretion when acting in good faith and in the normal course of business

    (c)   All consents or approvals on behalf of ExxonMobil under this Lease must be by an authorized representative of ExxonMobil

    (d)   Unless indicated as a reference to provisions of the Agreement, references in this Lease to Sections and Articles are to those contained in this Lease

10 3   Time of Essence  Time is of the essence in the performance of Franchise Dealer's obligations (including payment of Rent), and the exercise of Franchise Dealer's rights, under this Lease


I acknowledge the receipt and applicability
of these CODO Lease Provisions

_____
RISING MICRO LLC

**CODO LEASE SCHEDULE**
**TO**
**CODO LEASE PROVISIONS**
**OF PMPA FRANCHISE AGREEMNT**

This CODO Lease Schedule is a part of, and incorporated into, the CODO Lease Provisions of the PMPA Franchise Agreement between ExxonMobil Oil Corporation ("ExxonMobil"), and **RISING MICRO LLC, 950 S CAPITOL STREET S E, WASHINGTON, DC 20003** ("Franchise Dealer") with a beginning on **February 01, 2004** (the "Effective Date")

Pursuant to Section 1 1 of the CODO Lease Provisions to the PMPA Franchise Agreement, dated _October 29_ , 20_03_, the Marketing Premises leased by ExxonMobil to Dealer include the improvements and equipment listed on the attached or below, for which Dealer acknowledges receipt DEALER ACCEPTS THE IMPROVEMENTS AND EQUIPMENT IN THEIR PRESENT CONDITION, AS IS, WITHOUT ANY WARRANTY, EXPRESS OR IMPLIED, AS TO THIER CONDITION OR FITNESS FOR ANY PURPOSE

| Quantity | Item Description |
|---|---|
| 1 | ALARM SYSTEM |
| 1 | CAR WASH UNIT TUNNEL |
| 1 | COMPRESSOR AIR |
| 1 | DISPENSER ELECTRONIC |
| 5 | DISPENSER ELECTRONIC |
| 1 | DISPENSER MECHANICAL |
| 1 | DISPENSER MECHANICAL |
| 2 | DISPENSOR-G/SITE-VERIFON |
| 1 | DRAINAGE SYSTEM |
| 1 | FURNITURE-OFFICE |
| 1 | MISC ENVIRONMENTAL EQUIP |
| 1 | MODULAR BLDG CONVENIENCE |
| 1 | MODULAR CANOPY |
| 6 | PUMP ISLAND |
| 1 | SAFE FREE STANDING |
| 3 | SIGN ANCILLARY |
| 2 | SIGN BULLETIN BOARD PRIC |
| 2 | SIGN POLE |
| 2 | SIGN-MAJOR ID |
| 1 | TANK MONITORING SYSTEM |
| 1 | TANKS 10000 GAL |
| 4 | TANKS 8000 GAL |
| 2 | VACUUM CLEANER ISLAND TY |
| 6 | VAPOR RECOVERY STAGE 2 R |

I acknowledge the receipt and applicability of this CODO Lease Schedule

_____
**RISING MICRO LLC**

XOM_OGLLEASE htm

**MAINTENANCE ADJUSTMENT SCHEDULE**
**TO**
**THE CODO LEASE PROVISIONS**
**OF THE PMPA FRANCHISE AGREEMENT**

This Maintenance Adjustment Schedule is a part of, and incorporated into, the CODO Lease Provisions of the PMPA Franchise Agreement between ExxonMobil Oil Corporation ("ExxonMobil"), and RISING MICRO LLC , 950 S CAPITOL STREET S E , WASHINGTON , DC , 20003-0000 ("Franchise Dealer") with a Term beginning on FEBRUARY 1, 2004 (the "Effective Date")

Pursuant to Section 4 4(b) of the CODO Lease Provisions to the PMPA Franchise Agreement, the amount of Franchise Dealer's maintenance adjustment is set forth below

| | | | |
|---|---|---|---|
| **STATION #:** | 25381 | **BUSINESS UNIT:** | 54 |
| **DEALER NAME.** | RISING MICRO LLC | | |
| **STATION ADDRESS:** | 950 S CAPITOL STREET S E , WASHINGTON , DC , 20003-0000 | | |
| **ANNUAL MAINTENANCE ADJUSTMENT:** | $3,696 00 | | |

| MONTH PAYABLE | MAINTENANCE ADJUSTMENT AMOUNT |
|---|---|
| JULY, 2004 | $1,848 00 |
| JANUARY, 2005 | $1,848 00 |
| JULY, 2005 | $1,848 00 |
| JANUARY, 2006 | $1,848 00 |
| JULY, 2006 | $1,848 00 |
| JANUARY, 2007 | $1,848 00 |

EXXONMOBIL MAY DISCONTINUE OR ADJUST THE MAINTENANCE ADJUSTMENT IN ACCORDANCE WITH THE CODO LEASE PROVISIONS

ExxonMobil will not notify dealer in cases where the maintenance adjustment is increased

I acknowledge the receipt and applicability of this maintenance adjustment Schedule



RISING MICRO LLC



Dear Exxon and Mobil Retailer

We wanted to make you aware of some changes between your existing Exhibit B/Schedule B-1 in your current lease or Franchise agreement and the new Schedule B-1 that you will be adhering to in your new ExxonMobil agreement   Listed below are the differences between the Heritage Exxon Exhibit B and the new ExxonMobil Schedule B-1

| Specification | Exxon Exhibit B | XOM B-1* |
|---|---|---|
| Canopy painting, excluding columns | Dealer | XOM |
| Fence replacement | XOM | Dealer |
| Overhead doors | XOM | 90/10 |
| Carwash heaters | XOM | 90/10 |
| MPD filter changes | Dealer | XOM |
| MPD meter calibrations | Dealer | XOM |
| Asphalt skincoats | Dealer | XOM |
| Concrete replacement > 10'x10' | Dealer | XOM |
| Total HVAC replacements | XOM | 90/10 |
| Piping in walls | Dealer | XOM |
| Pigeon waste | Dealer | XOM |
| Walk-in-cooler condenser | Dealer | 90/10 |
| Security replacements | XOM | Dealer |
| Tidel drop safes replacement | XOM | Dealer |
| Roof replacement | XOM | 90/10 |

If your are a Heritage Mobil retailer, the following points summarize the differences between your existing Schedule B-1 and the new ExxonMobil Schedule B-1
- Piping (non exposed) inside walls is now XOM repsonsibility

Please note that these changes will not take place until you are under the new ExxonMobil agreement   If you have any questions, please feel free to contact your territory manager

Sincerely,


Michael Roman, Dealer Franchise Group


Enclosure

**MAINTENANCE SCHEDULE**
**TO**
**THE CODO LEASE PROVISIONS**
**OF THE PMPA FRANCHISE AGREEMENT**

LOC 54 - **25381**

**Repair/Replacement Responsibility and Discretionary/Non-discretionary Guidelines for Service Station Maintenance**

This Maintenance Schedule is a part of, and incorporated into, the CODO Lease Provisions of the PMPA Franchise Agreement between ExxonMobil Oil Corportation ("ExxonMobil") and RISING MICRO LLC , 950 S CAPITOL STREET S E , WASHINGTON , DC , 20003-0000 ("Franchise Dealer") with a Term beginning on FEBRUARY 1, 2004 (the "Effective Date")

Pursuant to Section 4 1 of the CODO Lease Provisions to the PMPA Franchise Agreement, dated _O C T o 3 E n   29 ,  2 0 0 3_ the allocation of maintenance obligations is as follows

Legend

| | |
|---|---|
| D | Dealer responsibility |
| EM | ExxonMobil responsibility |
| EM* | Joint responsibility  ExxonMobil is responsible for 90% of the cost of the work scope and the Dealer for a 10% deductible  The dealer may incur a maximum of $1,000 in deductible payments for any given calendar year |
| MCC | Call Maintenance Call Center |
| POS | Call Houston POS Help Desk |

| | REPAIR RESP | REPLACE RESP | IF BY EXXONMOBIL DISC / NONDISC | FOOT NOTES |
|---|---|---|---|---|
| 1 BUILDING, CANOPY, AND CAR WASH | | | | |
|   A STRUCTURE | | | | |
|     Cabinets | D | D | | 1 |
|     Canopy | EM | EM | MCC | |
|     Doors | | | | 2 |
|       Overhead | D | EM* | MCC | |
|       Walkthrough | D | D | | |
|     Electrical | | | | |
|       Above ground (incl  replace  of int /ext bulbs & ballasts) | D | D | | |
|       Below ground (req  excavation) | EM | EM | MCC | |
|       Panels/upgrades | D | EM or D | MCC | 3 |
|     Extermination | (Dealer is responsible for extermination) | | | 1 |
|     Floor tile and walk-off mats | D | D | | |
|     Glass | D | D | | |
|     Gutters & downspouts, bldg (incl  clean-outs) | D | D | | |
|     Locks (incl  manual and electric on all doors) | D | D | | |

| | REPAIR RESP | REPLACE RESP | IF BY EXXONMOBIL DISC/NONDISC | FOOT NOTES |
|---|---|---|---|---|
| Painting & washing | D | D | | 4 |
| Pass-through drawer | D | D | | |
| Plumbing | | | | |
|    Backflow devices (incl certif) | D | D | | |
|    Fixtures | D | D | | |
|    Sink, toilets, urinals, faucets, stoppages of faucets, flush mechanisms, floats, valves, etc | | | | |
|    Floor drains (Dlr resp for clean-outs) | EM | EM | MCC | |
|   Water Piping | | | | |
|    Above ground | D | D | | |
|    Below ground (req excavation) | EM | EM | MCC | |
|   Restroom exhaust fans | D | D | | |
|   Roofs | D | EM* | MCC | |
|   Sewer system | | | | |
|    Holding tanks (Dlr resp for pump-outs) | EM | EM | MCC | |
|    Main sewer line (Dlr resp for blockages) | EM | EM | MCC | |
|    Septic System (Dlr resp for pump-outs) | EM | EM | MCC | |
|   Shelving | D | D | | |
|   Walls | | | | |
|    Non-structural repairs | D | D | | |
|    Structural repairs | EM | EM | MCC | |
|   Window frames | D | D | | |
| B EQUIPMENT | | | | |
|   Air conditioner | | | | |
|    Unit/condenser | D | EM* | MCC | |
|    Ducts | D | D | | |
|   Car vacuum (car wash and bay) | D | D | | |
|   Car wash equipment | D | D | | |
|   Car wash reclaim pits (Dlr resp for clean-outs) | EM | EM | MCC | |
|   Cigarette intrusion detectors | D | D | | |
|   Cigarette racks (incl installation) | D | D | | |
|   Fire extinguishers (incl recharging & inspec) | D | D | | |
|   Fire suppression systems (Dlr resp for inspec) | D | EM | MCC | |
|   Furnace, oil tanks, heaters, heat pumps (Dlr resp for filter replacements) | D | EM* | MCC | |
|    Ducts | D | D | | |
|   Lockbox | D | D | | |
|   Refrigeration equipment | | | | |
|    Chest freezer, reach-in cooler | | | | |
|     ExxonMobil owned | D | EM | MCC | |
|     Dealer owned | D | D | | |

| | REPAIR RESP | REPLACE RESP | IF BY EXXONMOBIL DISC NONDISC | FOOT NOTES |
|---|---|---|---|---|
| Ice maker and ice dispenser | D | D | | |
| Walk-in cooler/condenser | D | EM* | | |
| Restroom furnishings | D | D | | |
| Coat hooks, mirrors, shelves, soap dispensers, toilet tissue dispensers, towel dispensers, etc | | | | |
| Safes and autobanks (incl recombinations and lock changes) | D | D | | |
| Store accessories | D | D | | |
| Coffee makers, juice and soda dispensers, cup dispensers, ice dispensers, microwaves, etc | | | | |
| Snackshop/Bay Planning | D | D | | |
| Customer record desk, lubritory backwall, overhead tire racks, salesroom backwall and module, stools, utility room shelving, etc | | | | |
| Waste baskets | D | D | | |
| Water cooler/fountain | D | D | | |
| Water heater | D | D | | |
| II SERVICE & DISPENSING EQUIPMENT | | | | |
| Air compressor | D | EM | MCC | |
| Air Piping | EM | EM | MCC | |
| Above Ground | D | D | | |
| Below Ground (Req Excavation) | EM | EM | MCC | |
| Air/water tower and islanders (incl hoses, chucks, nozzles, and bibs) | D | D | | |
| Cash register/console (combination unit)/printer | D | D | | |
| Console (separate unit) | EM | EM | MCC | |
| Credit card imprinter | D | D | | |
| Dispensers | | | | |
| Round/electric/MPD (incl filter replacement) | EM | EM | MCC | |
| CATS/CRINDS | EM | EM | POS | 5 |
| Hoses, nozzles, swivels, retractors, breakaway cables, and price signs required by law | D | D | | |
| Calibrations | EM | EM | MCC | |
| Express Lube drain with articulating arm (not portable) and repl of funnel, quart oil cans, and ATF can opener | D | D | | |
| Intercoms (self-serve) | D | EM | MCC | |
| Leak detectors | EM | EM | MCC | |
| Leak monitoring and secondary containment systems | EM | EM | MCC | |
| Lifts (Dlr resp for maint/repl of oil) | D | EM | MCC | 6 |
| Lube equipment | D | D | | |
| Piping in front of walls (visible) | D | D | | |
| Piping behind walls | EM | EM | MCC | |
| Monitoring wells | EM | EM | MCC | |

| | REPAIR RESP | REPLACE RESP | IF BY EXXONMOBIL DISC/NONDISC | FOOT NOTES |
|---|---|---|---|---|
| POS terminal | EM | EM | POS | 5 |
| Submersible pumps | EM | EM | MCC | |
| Sump and grease traps (Dlr resp for clean-outs) | EM | EM | MCC | |
| Tanks product, waste oil, and fuel oil | | EM | MCC | |
|    Fill boxes (incl covers, caps, tags, painting) | EM | EM | MCC | |
|    Fill locks | D | D | | |
|    Overfill containment | EM | EM | MCC | |
|    Piping (lines) | EM | EM | MCC | |
|    Product switch (called in by District to correct imbalance problem) | | | MCC | |
|    Underground storage tanks | EM | EM | MCC | |
|    Test tanks/lines | | | MCC | |
|    Water/sludge pump out | | | MCC | |
| Waste oil and product tank gauge sticks, and water paste | D | D | | |
| Water cans or buckets | D | D | | |
| Work benches, gondolas, and desks | D | D | | |
| III SIGNAGE | | | | |
|    A ID signs (up to 25 feet off the ground) | D | EM | MCC | 7 |
|    Hi-rise signs (over 25 feet off the ground) | EM | EM | MCC | |
|    B Dealer-owned signs (Price, snaplock, service, merchandise, IMU, POS, stamp and restroom signs, dealer name plates) | D | D | | |
|    C ExxonMobil-owned signs | | | | 7 |
|       Building/canopy legends, pegasus discs, IDU's | D | EM | MCC | |
|       Decals and no smoking signs | D | D | | |
| IV ISLAND AND YARD | | | | |
|    Air piping | | | | |
|       Above ground | D | D | | |
|       Below ground (req excavation) | EM | EM | MCC | |
|    Asphalt (Dlr resp for sealcoating) | | | | |
|       Potholes | D | | | |
|       Repaving/skin coat | | EM | MCC | |
|    Concrete | | | | |
|       Patching | D | | | |
|       Island/drive mat replacement | | EM | MCC | |
|    Driveway signal system and hoses | D | D | | |
|    Electrical (Area light fixtures and poles, disc island lights, low level lights, other light fixtures, canopy uplights and downlights) | | | | 8 |
|       Above ground | D | EM | MCC | |
|       Below ground (req excavation) | EM | EM | MCC | |
|    Fence | D | D | | |
|    Landscaping and planting | D | D | | |
|    Security equipment (cameras, mirrors, etc) | D | D | | |

| | REPAIR RESP | REPLACE RESP | IF BY EXXONMOBIL DISC  NONDISC | FOOT NOTES |
|---|---|---|---|---|
| Sprinklers (incl  winterizing) | D | D | | |
| Tire racks, portable | D | D | | |
| Water piping | D | D | | |
|     Above ground (incl  faucets and bibs) | D | D | | |
|     Below ground | EM | EM | MCC | |
| Water well | D | EM | MCC | |
| Yard drain (Dlr  resp  for clean-outs) | EM | EM | MCC | |
| V  MISCELLANEOUS | | | | |
|     Divestments | EM | EM | MCC | |
|     Environmental | | | | |
|         Spills, leaks, clean up, make safe, product recovery | EM | EM | MCC | |
|         Vapor recovery piping system | EM | EM | MCC | |

I acknowledge the receipt and applicability of this Maintenance Schedule

RISING MICRO LLC

1 Dealer is responsible for preventative maintenance including, but not limited to, gutter/drain clean-outs, panel replacement and securing, replacement of missing screws, and caulking. Dealer is responsible for notifying ExxonMobil of excessive pigeon waste. ExxonMobil is responsible for removal of pigeon waste

2 Dealer is responsible for notifying TM if a security enclosure or a walk-through door involving bullet-resistant glass needs replacement. The Dealer is also responsible for the replacement of weatherstripping on overhead and walk through doors

3 Upgrades to the electrical service and replacement of existing services will fall into the following schedule of responsibility

1) Upgrades to existing services should be performed with building/configuration modifications

a) ExxonMobil is responsible for upgrading the service at stations where ExxonMobil performed a capital project and failed to update the service accordingly

b) If the need for upgrade is the result of the dealer/sal-op manager having increased the electrical demands at the location, the dealer/sal-op station is responsible for updating the service

2) Unusual circumstances will be investigated with ExxonMobil making the final decision

3) ExxonMobil is responsible for replacing worn out electrical services

4 ExxonMobil is responsible for painting canopy if and only if canopy cannot be power washed. Canopy painting is discretionary maintenance and subject to District Approval after power washing has been attempted

5 Call Houston POS Help Desk 800-231-1122 for software questions/problems

6 ExxonMobil is responsible for the purchase and installation of a single post semi-hydraulic lift. The Dealer may have a dual-post lift installed, but will pay the incremental cost of installing the dual-post instead of the single-post lift. The Dealer may also purchase and install an above-ground lift, ExxonMobil would be responsible for the removal of the existing in-ground lift

7 Dealer is responsible for the resecuring and relamping of all signs, the pinning of a rotating sign, and the replacement of lamps and ballasts in ID signs, price signs, pegasus discs, and legends. ExxonMobil is responsible for the replacement of bulbs, ballasts and fixtures in Hi-rise ID signs

8 Dealer is responsible for replacement of lamps and ballasts, and ExxonMobil is responsible for replacement of light fixtures and poles due to normal wear and tear