IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RISING MICRO, LLC<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL OIL CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-00572-GK<br>)<br>)<br>)<br>)<br>) |

## JOINT PRAECIPE

Plaintiff Rising Micro, LLC ("Rising Micro") and Defendant Exxon Mobil Oil Corporation ("ExxonMobil") (together "the parties") hereby file this Joint Praecipe, pursuant to this Court's May 3, 2006 Order (Dkt. 9).

By Court Order at the May 1, 2006 hearing, and also by agreement of the parties, ExxonMobil's termination of Rising Micro's PMPA franchise had been extended and/or stayed until the day after the Court issued its ruling on Rising Micro's motion for preliminary injunction. When the Court denied Rising Micro's motion on May 3, the termination became effective on May 4. Rising Micro vacated the station premises on May 12.

Rising Micro desires to continue with its action against ExxonMobil.[1] The parties therefore request that this Court hold a Scheduling Conference pursuant to Fed. R. Civ. P. 16(b). Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, the parties will meet and confer and file the required written report prior to the Scheduling Conference.

---

[1] Because Rising Micro vacated the station, ExxonMobil will be withdrawing its counterclaim for eviction.

2

Dated: May 19, 2006                                    Respectfully submitted,


s/Harry C. Storm                                       s/Brian A. Howie
Harry C. Storm                                         Brian A. Howie
Bar No.: 332981                                        Bar No.: 459329
Lerch, Early & Brewer, Chartered                       Howrey LLP
3 Bethesda Metro Center                                1299 Pennsylvania Ave., N.W.
Suite 460                                              Washington, D.C. 20004
Bethesda, MD 20814                                     Telephone: (202) 783-0800
                                                       Facsimile: (202) 383-6610

**Attorney for Plaintiff Rising Micro, LLC**


                                                       **Attorney for Defendant Exxon Mobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Harry C. Storm
>Lerch, Early & Brewer, Chartered
>3 Bethesda Metro Center, Suite 460
>Bethesda, MD  20814

s/Brian A. Howie<br>BRIAN A. HOWIE