IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISING MICRO, LLC** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | Civil Action No.: 06-572(GK) |
| **EXXON MOBIL OIL CORPORATION** : | |
| : | |
|     **Defendant.** | |

_____

**CONSENT MOTION TO**
**CONTINUE INITIAL SCHEDULING CONFERENCE**

Plaintiff, by and through counsel and with the consent of defendant, moves for a continuance of the Initial Scheduling Conference presently set for June 14, 2006 at 10:15 a.m. (the "Scheduling Conference Date") and states:

1. Counsel for plaintiff has a previously scheduled court appearance (settlement conference) in the Circuit Court for Baltimore County, Maryland in the matter of <u>Convenience Retailing, LLC v. SMO, Inc. (Civil Action No.</u> 03-C-05-004587). Additionally, the parties are discussing a potential disposition of this matter which, if agreed, would likely terminate this action and obviate the need for the Initial Scheduling Conference.

2. Defendant, through counsel, consents to this request.

3. Alternate proposed dates include the morning of June 26th or anytime on June 29th, June 30th, July 5th or July 6th.

Wherefore, plaintiff requests that the Initial Scheduling Conference be continued to a later date.

                                          Respectfully Submitted,

                                          _____/s/_____

                                          Harry C. Storm #332981
                                          LERCH, EARLY & BREWER, CHARTERED
                                          3 Bethesda Metro Center, Suite 460
                                          Bethesda, MD 20814
                                          301-908-2817
                                          Attorneys for Plaintiff