IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISING MICRO, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00572-GK |
| ) | |
| EXXON MOBIL OIL CORPORATION ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT EXXON MOBIL OIL CORPORATION'S
NOTICE OF DISMISSAL OF COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 41, notice is hereby given that Defendant Exxon Mobil Oil Corporation dismisses its counterclaim for eviction.

Dated: June 21, 2006

Respectfully submitted,

_____s/Brian A. Howie_____
Brian A. Howie
Bar No.: 459329
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

**Attorney for Defendant Exxon Mobil Oil Corporation**

DM_US\8351949.v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

> Harry C. Storm
> Lerch, Early & Brewer, Chartered
> 3 Bethesda Metro Center, Suite 460
> Bethesda, MD 20814

>                           s/Brian A. Howie
>                           Brian A. Howie

DM_US\8351949.v1