IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISING MICRO, LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EXXON MOBIL OIL CORPORATION** )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-00572-GK |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated to and agreed by and between the parties, plaintiff Rising Micro, LLC and Defendant Exxon Mobil Oil Corporation, as evidenced by the signatures of their duly authorized counsel, that the above-entitled action be dismissed without prejudice.

Dated: June 21, 2006                                  Respectfully submitted,

_s/Harry C. Storm_                                         _s/Brian A. Howie_
Harry C. Storm                                              Brian A. Howie
Bar No.: 332981                                            Bar No.: 459329
Lerch, Early & Brewer, Chartered              HOWREY LLP
3 Bethesda Metro Center                           1299 Pennsylvania Ave., N.W.
Suite 460                                                     Washington, D.C.  20004
Bethesda, MD  20814

**Attorney for Plaintiff Rising Micro, LLC**      **Attorney for Defendant Exxon Mobil Oil Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Harry C. Storm
>Lerch, Early & Brewer, Chartered
>3 Bethesda Metro Center, Suite 460
>Bethesda, MD  20814

>_____s/Brian A. Howie_____
>Brian A. Howie